SLIP OPINION

Cite as 2014 Ark. 136

# SUPREME COURT OF ARKANSAS

IN RE FIRST JUDICIAL CIRCUIT

**Opinion Delivered** March 20, 2014

**PER CURIAM**

We assigned Honorable Kim Smith, Circuit Judge–Retired, to review circuit court operations in the First Judicial Circuit and to report his observations and recommendations to the supreme court. *In Re Phillips County*, 2013 Ark. 55 (per curiam). Judge Smith has issued a report. In reviewing it, we have determined that a number of critical issues noted by Judge Smith can be addressed by revising the circuit's administrative plan.

Judge Smith has agreed to return to the First Circuit to work with the circuit judges to develop an effective administrative plan that not only complies with the requirements of Administrative Order Number 14 but also addresses problems highlighted in his report. This amended plan shall be submitted to us for approval. In addition, Judge Smith will continue to assist court personnel with improving case management.

We thank Judge Smith for his willingness to continue to assist the supreme court and the First Circuit. We appreciate the cooperation that Judge Smith has received from the judges and court personnel and are confident that it will continue in this next phase. We look forward to receipt of an amended administrative plan.

Judge Smith's assignment to the First Circuit continues, and the directives in our earlier order remain in effect.